UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| MAIN STREET AMERICA ASSURANCE COMPANY | ) ) ) |
| V. | ) ) Case No.: 3:19-cv-00968 ) |
| LOMBARDO BUILDING GROUP, LLC, VINCENT LOMBARDO, WILLIAM ZETTERGREN and CARLA APURA | ) ) ) |

## NOTICE OF VOLUNTARY DISMISSAL

NOW COMES the Plaintiff, Main Street America Assurance Company, and serves notice of its dismissal of the above styled action pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated in Windsor, Connecticut this 16th day of October 2019.

THE PLAINTIFF,
MAIN STREET AMERICA ASSURANCE COMPANY,
By its Attorney,

/s/ Patrick J. Markey
Patrick J. Markey, Esq. (CT 30801)
pmarkey@markeybarrett.com
Markey Barrett, P.C.
360 Bloomfield Avenue, Suite 301
Windsor, CT  06095
pmarkey@markeybarrett.com
Phone: (860) 607-3265
Fax: (413) 273-7361